SIDNEY MORAN V. THE STATE.

No. 21430. Delivered February 5, 1941.

The opinion states the case.

*H. S. Beard, of Waco,* for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Conviction is for burglary; punishment, two years confinement in the penitentiary.

The record is before this court without statement of facts or bills of exception. The appellant entered a plea of guilty to the offense charged. The indictment and all matters of procedure appear regular.

The judgment is affirmed.